ZERO'S ENTERPRISES, INC. v. NEW JERSEY DEPARTMENT OF
ENVIRONMENTAL PROTECTION, ET AL.

November 1, 1988.

Petition for certification denied.

IN THE MATTER OF THE PETITION OF SOUTH JERSEY GAS
COMPANY AGAINST SUNOLIN CHEMICAL COMPANY AND
THE B.F. GOODRICH COMPANY.

November 1, 1988.

Petition for certification granted. (See 226 *N.J.Super.* 327)

WAWA FOOD MARKET v. PLANNING BOARD OF THE
BOROUGH OF SHIP BOTTOM.

November 1, 1988.

Petition for certification denied. (See 227 *N.J.Super.* 29)